**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   20-cr-0154-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HAKAN REIS,
    a/k/a "Checkpoint,"

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or around 2013 to 2020, in the State and District of Colorado and elsewhere, the defendant, HAKAN REIS, a/k/a "Checkpoint," and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to import into the United States from any place outside thereof, a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(3).

All in violation of Title 21, United States Code, Section 963.

### COUNT TWO

From in or about August 2015 to September 2015, in the State and District of Colorado and elsewhere, the defendant, HAKAN REIS, a/k/a "Checkpoint," did knowingly and intentionally import into United States from any place outside thereof, a

mixture and substance containing a detectable amount of 3,4-Methylenedioxy methamphetamine ("MDMA"), a Schedule I controlled substance, and aided and abetted the same.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(3) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about October 20, 2016, in the country of the Netherlands, the defendant, HAKAN REIS, a/k/a "Checkpoint," did knowingly and intentionally manufacture, possess with intent to distribute, and distribute a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled substance, and aided and abetted the same, intending, knowing, and having reasonable cause to believe that such substance would be imported into the United States and into waters within a distance of 12 miles of the coast of the United States from a place outside thereof.

All in violation of Title 21, United States Code, Sections 959(a), 960(a)(3), and 960(b)(3) and Title 18, United States Code, Section 2.

## COUNT FOUR

From in or around 2013 to 2020, in the State and District of Colorado and elsewhere, the defendant, HAKAN REIS, a/k/a "Checkpoint," and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of 3,4-Methyl enedioxymethamphetamine ("MDMA"), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT FIVE

From in or around 2013 to 2020, in the State and District of Colorado and elsewhere, the defendant, HAKAN REIS, a/k/a "Checkpoint," and others both known and unknown to the Grand Jury, did willfully and knowingly combine, conspire, confederate and agree, with interdependence, to transport, transmit, and transfer, and attempt to transport, transmit, and transfer, a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States: (i) with the intent to promote the carrying on of specified unlawful activity, that is, importation of controlled substances and conspiracy to commit the same, in violation of Title 18, United States Code, Section 1956(a)(2)(A), and Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(3), and (ii) knowing that the monetary instrument or funds involved in the transportation, transmission, and transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of that same specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i), and did aid and abet the same.

All in violation of Title 18, United States Code, Sections 1956(h) and 2.

## Forfeiture Allegation

As a result of committing the violations alleged in Counts One, Two, Three, and Four of this Indictment, the defendant, HAKAN REIS, a/k/a "Checkpoint," shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any

and all property, real or personal, constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Information.

As a result of committing the violation alleged in Count Five of this Indictment, the defendant, HAKAN REIS, a/k/a "Checkpoint," shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in the offense alleged in Count Five and all property traceable to such property.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

- A. cannot be located upon the exercise of due diligence;
- B. has been transferred to sold to or deposited with a third person;
- C. has been placed beyond the jurisdiction of this Court;
- D. has been substantially diminished in value; or
- E. has been co-mingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 853, Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c).

TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

JASON R. DUNN
United States Attorney

By:   */s Andrea Surratt*
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: andrea.surratt@usdoj.gov