IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00154-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  HAKAN REIS,
    a/k/a "Checkpoint"

       Defendant.

*__FILED UNDER RESTRICTION__*

## MOTION

The United States of America, by Cole Finegan, United States Attorney, and through Assistant United States Attorney Andrea Surratt, respectfully files this motion for an Order to allow sharing of certain documents in the above-captioned case.

As grounds for this motion, the Government states the following:

1.  Defendant HAKAN REIS, a/k/a "Checkpoint," was indicted in the above-captioned case on June 2, 2020. [ECF #1]. An arrest warrant issued that same day. [ECF #3].

2.  Homeland Security Investigations, the investigating agency in the above-captioned case, believes that REIS is currently overseas. Accordingly, the Government respectfully requests that it be permitted to provide the indictment [ECF #1] and arrest warrant [ECF #3] to domestic and foreign authorities as necessary for the arrest and extradition of REIS. The Government further requests that it be permitted to provide these documents to domestic and foreign authorities as necessary for other procedures

with respect to REIS's case overseas, such as searches, interviews, and collection of documents and evidence that may be requested of foreign partners.

3. The Government otherwise requests that docket 20-cr-00154-PAB and all the documents filed thereon (including the indictment and arrest warrant as well as the instant motion and order) remain restricted from the public.

WHEREFORE, the Government respectfully requests that the Court allow the Government to provide documents to domestic and foreign authorities as described herein.

Respectfully submitted this 1st day of September, 2022.

COLE FINEGAN
United States Attorney

By: *s/ Andrea Surratt*
ANDREA SURRATT
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: andrea.surratt@usdoj.gov