IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00154-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    HAKAN REIS,
      a/k/a "Checkpoint"

        Defendant.

***FILED UNDER RESTRICTION***

_____

## ORDER
_____

Upon consideration and for good cause shown:

IT IS ORDERED that the Government is permitted to provide the indictment in the above-captioned case [ECF #1] and the warrant for the arrest of defendant HAKAN REIS, a/k/a "Checkpoint," [ECF #3] to domestic and foreign government authorities as necessary for the arrest and extradition of REIS.

IT IS FURTHER ORDERED that the Government is permitted to provide the indictment [ECF #1] arrest warrant [ECF #3] to domestic and foreign government authorities as required for other processes that may be requested in this case, such as overseas searches, interviews, and collection of documents and other evidence by foreign authorities.

IT IS FURTHER ORDERED that the documents at ECF #1 and 3, the instant motion and order, as well as docket 21-cr-00154-PAB and all the documents filed thereon, will remain RESTRICTED from public view.

IT IS SO ORDERED on this _____ day of September, 2022

BY THE COURT:

_____
HON. PHILIP A. BRIMMER
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO