IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00154-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  HAKAN REIS,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on the government's Motion [Docket No. 4], wherein the government seeks permission to provide the indictment and arrest warrant in this case to domestic and foreign authorities as necessary in order to locate, arrest, and extradite the defendant.  Good cause appearing, it is

**ORDERED** that the government's Motion [Docket No. 4] is GRANTED.  It is further

**ORDERED** that the government is permitted to provide the indictment, Docket No. 1, and arrest warrant, Docket No. 2, in this case to domestic and foreign government authorities as necessary or required for purposes of overseas searches, interviews, the collection of documents and other evidence by foreign authorities, locating and arresting the defendant, and extraditing the defendant after arrest.  It is further

**ORDERED** that this case shall remain under restriction until further order of the Court.

DATED September 1, 2022.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge