IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-154-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. HAKAN REIS,
    a/k/a "Checkpoint,"

        Defendant.

## MOTION

The United States of America, through Assistant United States Attorney Andrea Surratt, respectfully files this motion for an Order to unrestrict the docket and documents filed thereon in the above-captioned case.

As grounds for this motion, the Government states the following:

1. On June 2, 2020, defendant HAKAN REIS a/k/a "Checkpoint" (the "Defendant") was indicted in the above-captioned matter. ECF #1. An arrest warrant for the Defendant was issued along with the indictment. ECF #2.

2. On September 1, 2022, this Court granted the Government's motion to unrestrict the indictment and arrest warrant for purposes of providing those documents "to domestic and foreign government authorities as necessary or required for purposes of overseas searches, interviews, the collection of documents and other evidence by foreign authorities, locating and arresting the defendant, and extraditing the defendant after arrest." ECF #5. The docket otherwise remains under restriction.

3. The Defendant is currently in custody in the Netherlands. The Government has formally requested that Dutch officials extradite the Defendant to the United States on the indictment in the above-captioned matter.

4. In the meantime, however, the Government has been contacted by a Colorado-based defense attorney who has informed the Government that she been retained to represent the Defendant in the event the Dutch elect to extradite the Defendant to the United States. Because the only charged defendant in this matter is in custody, and in order to better facilitate case-related discussions with his attorney, the Government requests that docket 20-cr-154-PAB and the documents filed thereon be unrestricted (except for the documents currently filed at Level 4 restriction, to which the Government does not have access).

WHEREFORE, the Government respectfully requests that the Court unrestrict docket 20-cr-154-PAB as described herein.

Respectfully submitted this 12th day of September, 2023.

COLE FINEGAN
United States Attorney

By: *s/ Andrea Surratt*
ANDREA SURRATT
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: andrea.surratt@usdoj.gov