IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-154-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HAKAN REIS,
   a/k/a "Checkpoint,"

    Defendant.

_____

**ORDER**
_____

Upon consideration and for good cause shown:

IT IS ORDERED that docket 20-cr-154-PAB and the documents filed thereon (except those filed at Level 4 restriction) be unrestricted.

IT IS SO ORDERED on this _____ day of September, 2023

BY THE COURT:

_____
HON. PHILIP A. BRIMMER
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO