IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00154-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HAKAN REIS,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on the Motion [Docket No. 6], wherein the government seeks to remove the restrictions on the docket and the documents filed therein.

Even though the case is sealed, the documents within the docket, with the exception of Docket No. 3, are not restricted, and therefore do not need to be un-restricted. The Court will grant the request to unseal the case. Wherefore, it is

**ORDERED** that the government's Motion [Docket No. 6] is GRANTED. It is further

**ORDERED** that the Clerk's Office shall unseal this case.

DATED September 13, 2023.

                                BY THE COURT:

                                PHILIP A. BRIMMER
                                Chief United States District Judge