# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-0154-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HAKAN REIS,
    a/k/a "Checkpoint,"

    Defendant.

---

## NOTICE OF APPEARANCE

---

    Lisa Fine Moses, of LFM Defense, hereby enters her appearance as counsel in the above captioned case.

    /s/ Lisa Fine Moses
Lisa Fine Moses, #23181
5200 DTC Pkwy Suite 410
Greenwood Village, CO 80111
P: 720/644-5342
F: 720/489-3810
lisa@lfmdefense.com
Attorney for Hakan Reis

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on Friday, October 6, 2023 a true and correct copy of the above and foregoing was filed with the CM/ECF filing system.

COLE FINEGAN
United States Attorney

Andrea Surratt
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: andrea.surratt@usdoj.gov

                                        /s/ Jessica Hosler
                                        Paralegal
                                        LFM Defense